**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

DUANE SPEARMAN                                                                PETITIONER

V.                                                                    NO. 4:16-CV-128-DMB-RP

MARSHAL FISHER; and ATTORNEY
GENERAL JIM HOOD                                                             RESPONDENTS

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered this day, this action is **DISMISSED**.

A certificate of appealability is **DENIED**.

**SO ORDERED**, this 25th day of September, 2017.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**